UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY BOOTH,

          Plaintiff,

    v.

SSA COMMISSIONER,

          Defendant.

Case No. 25-cv-10701-NW

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Re: ECF No. 2

      Plaintiff has filed an application to proceed *in forma pauperis*. ECF No. 2. Having considered the application and complaint, the Court hereby GRANTS Plaintiff's application. The Clerk of Court shall transmit a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney in the Northern District.

      **IT IS SO ORDERED.**

Dated: February 6, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California